USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 97-1717 UNITED STATES, Appellee, v. CHRISTOPHER ESSOR, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] Before Selya, Stahl and Lynch, Circuit Judges.   Edward C. Roy and Roy & Cook on brief for appellant. Margaret E. Curran, United States Attorney, and Ira Belkin,Assistant United States Attorney, on brief for appellee. September 11, 1998   Per Curiam. Upon careful review of the briefs and record, we conclude that this appeal presents no substantial question and that oral argument is not warranted. The district court clearly understood its authority and expressly exercised its discretion not to depart at all, in light of defendant's particular combination of positive (assistance to the government) and negative (under-represented criminal record) circumstances. We have no jurisdiction to review such a discretionary denial of a downward departure. Accordingly, we do not consider defendant's contention that the district court's analysis of the positive circumstances was insufficiently detailed. Affirmed. See 1st Cir. Loc. R. 27.1.